184 So. 907

**J. C. BURNS, etc., et al. v. Joseph P. ETHERIDGE.**

6 Div. 404.

Supreme Court of Alabama.

Nov. 22, 1938.

Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellants.

Harsh, Harsh & Hare, of Birmingham, for appellee.

PER CURIAM.

Reversed and remanded by agreement of counsel.

181 So. 914

**A. L. CAIN, Adm'r, etc., v. VALLEY MORTGAGE CO.**

8 Div. 881.

Supreme Court of Alabama.

May 17, 1938.

E. W. Godbey, of Decatur, for appellant.

Julian Harris, of Decatur, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

184 So. 907

**Leonard CAREY v. STATE ex rel. K. V. FITE, Deputy Solicitor.**

6 Div. 324.

Supreme Court of Alabama.

Dec. 1, 1938.

PER CURIAM.

Appeal dismissed for want of prosecution.

182 So. 923

**Ex parte Virgil CLARK.**

8 Div. 910.

Supreme Court of Alabama.

June 9, 1938.

Thos. W. Layne, of Huntsville, for petitioner.

Douglass Taylor and Thos. J. Taylor, both of Huntsville, opposed.

BOULDIN, Justice.

Petition of Virgil Clark for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Ex parte Clark, 182 So. 924.

Writ denied.

ANDERSON, C. J., and FOSTER and KNIGHT, JJ., concur.

184 So. 907

**Ex parte Flossie DOWNING et al.**

5 Div. 284.

Supreme Court of Alabama.

Nov. 25, 1938.

Raymond C. Smith, of Lakeland, Fla., for petitioners.

PER CURIAM.

Cause abated on answer of respondent.